UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 32.211.44.46,<br>                      Defendant. | Civil Action No. 3:18-cv-00593-JBA |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 32.211.44.46. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 20, 2018

                                                      Respectfully submitted,

                    By:    /s/ *Kevin T. Conway*
                            Kevin T. Conway, Esq. (KC-3347)
                            664 Chestnut Ridge Road
                            Spring Valley, New York 10977-6201
                            T: 845-352-0206
                            F: 845-352-0481
                            E-mail: ktcmalibu@gmail.com
                            *Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Kevin T. Conway*